

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROSA LERMA, | § | No. 08-12-00270-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Court at Law No. 3 |
| | § | |
| GERARDO QUINTANA, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 2012-CCV03594) |
| | § | |

## MEMORANDUM OPINION

Rosa Lerma, Appellant, has filed a motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(2) because the parties have settled the dispute. We grant the motion and dismiss the appeal. The motion does not reflect that the parties have made any agreement regarding costs. Accordingly, costs are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).


August 14, 2013
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.